| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br> U.S. MAGISTRATE JUDGE | DATE: 1/12/17 <br> TIME:  10:00 am |

CASE:  **CV 16-4574 (JFB) Vargas v. Luchiano Visconti Loutie LLC et al**

TYPE OF CONFERENCE: SETTLEMENT          FTR: 10:14-10:15; 11:38-11:40

APPEARANCES:
  For Plaintiff:   Justin Reilly

  For Defendant: Stephen Hans


**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other: Settlement conference held. Settlement has been reached.


                            SO ORDERED

                             /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge